CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 1 0 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RANDALL LEE STACEL, #348265 ) | |
| Petitioner, ) | Civil Action No. 7:07cv00026 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| VIRGINIA STATE DEPARTMENT ) | |
| OF CORRECTIONS, ) | By: Hon. James C. Turk |
| Respondent. ) | Senior U.S. District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Stacel's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner and respondent.

ENTER: This 10th day of July, 2007.

_____
Senior U.S. District Judge